# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARNELL RICHMOND,** | CASE NO. 20-cv-143-RJD |
| *Plaintiff,* | |
| vs. | |
| **WEXFORD HEALTH SOURCES INC., et al.,** | |
| *Defendants.* | |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered its decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 29, 2022, judgment is entered in favor of Defendants against Plaintiff. This matter is **DISMISSED** with prejudice.

DATED: September 29, 2022

MONICA A. STUMP
CLERK OF COURT

By: *s/ Jamie Melson*
Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE